**James Joseph OWENS–EL,
Plaintiff–Appellant,**

v.

**Steven BRUNSON; Mary Jo Williams;
Natalie Vallandingham; Paul R.A.
Howard; Joyce McBride; David Wan-
naman; Patricia Vines; Isaac Ful-
wood; Attorney General Eric Holder;
U.S. Attorney Rod J. Rosenstein, De-
fendants–Appellees.**

No. 12–1183.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 30, 2012.

Decided: Sept. 5, 2012.

James Joseph Owens–El, Appellant Pro
Se. Larry David Adams, Assistant United
States Attorney, Baltimore, Maryland, for
Appellees.

Before WILKINSON, KING, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

---

PER CURIAM:

James Joseph Owens–El appeals the
district court's order denying relief on his
complaint filed pursuant to *Bivens v. Six
Unknown Named Agents of Fed. Bureau
of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999,
29 L.Ed.2d 619 (1971). We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Owens–El v.
Brunson*, No. 1:11–cv–00523–WDQ (D.Md.
Dec. 14, 2012).* We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*

---

* Assuming that probation officers are law en-
forcement officers under the Federal Tort
Claims Act (FTCA) and that the United States
has waived its immunity with regard to cer-
tain of their intentional torts, *see Ignacio v.
United States*, 674 F.3d 252, 253 (4th Cir.
2012), Owens–El's claims under the FTCA are
subject to dismissal because he failed to ex-
haust his administrative remedies. *See
Ahmed v. United States*, 30 F.3d 514, 516 (4th
Cir.1994).